# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-02113-JDE | Date | November 12, 2026 |
| Title | Joseph Pumphrey v. Hadi Ezzati, et al. | | |

| | |
|---|---|
| Present: The Honorable | John D. Early, United States Magistrate Judge |

| | |
|---|---|
| Amber Rodriguez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause re Failure to Prosecute

Joseph Pumphrey ("Plaintiff") filed the Complaint in this action on August 5, 2026, naming two defendants, Hadi Ezzati doing business as Autobahn Luxury Motors ("Ezzati") and Soo Ae Park, Trustee of the Park Family Trust ("Park"). Dkt. 1 ("Complaint"). On October 7, 2026, the Clerk entered a Default as to Park. Dkt. 15. Plaintiff and Ezzati have twice stipulated to extend Ezzati's time to respond to the Complaint, with the most recent extension, as entered by the Court, granting Ezzati to November 5, 2026, to respond to the Complaint. No such response was filed by that date.

Plaintiff has an obligation to prosecute this action in a timely manner. See generally Fed. R. Civ. P. 1, 41(b). As a result, Plaintiff is ORDERED TO SHOW CAUSE in writing within 14 days from the date of this Order why this action should not be dismissed for failure to prosecute for Plaintiff's failure to seek entry of a default judgment against Park and/or entry of default against Ezzati. Plaintiff may comply with this Order by, within 14 days: (1) filing a fully supported motion for default judgment against Park and a fully supported request for entry of default against Ezzati; or (2) filing a Notice of Dismissal of the entire action. As to Ezzati, if Ezzati files an Answer or other appropriate response to the Complaint within 14 days, Plaintiff need take no further action as to Ezzati to comply with this Order.

Failure to file a timely, complaint response to this Order may result in an order of dismissal of the action for failure to prosecute under Rule 41(b)(1) without further notice.

IT IS SO ORDERED.

| | |
|---|---|
| Initials of Courtroom Deputy | ARO |